# Resolution by the member of TR Bell Trucking, LLC

WHEREAS, the company is insolvent and unable to pay its debts when due, and

WHEREAS, the company, its creditors, and all interested parties would be best served by liquidation of the company under chapter 7 of the United States Bankruptcy Code, and

WHEREAS, it is necessary for the company to engage counsel to advise the company of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

NOW, THEREFORE, BE IT RESOLVED that Thomas Bell, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the company in bankruptcy proceedings, and

BE IT FURTHER RESOLVED that Thomas Bell, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the company's obligations under the Bankruptcy Code.



TR Bell Trucking, LLC
OFFICIAL SEAL

I, Thomas Bell, Principal of TR Bell Trucking, LLC, do hereby certify that the
foregoing is a true, complete, and accurate copy of the resolution duly adopted by the member of the company by
unanimous consent on this date, that the resolution is now in full force and effect, and that the member did and does have the authority to adopt the resolution.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the company on this 5th day of March, 2026.

_Thomas Bell_
Thomas Bell
Principal